```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SIMON J. BURCHETT PHOTOGRAPHY, Inc.,

                                Plaintiff,

   - against -

AXSMarine USA LLC,

                              Defendant.
-----------------------------------------------------------------x

Civil Action No. 1:24-cv-1426

**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the Plaintiff and Defendant that the time within which Defendant AXSMarine USA LLC may move, answer, or otherwise respond to the Complaint is hereby extended up to and including April 20, 2024. There has been no previous request for extension of time in connection with this matter.

Dated:  March 19, 2024

**GARBARINI FITZGERALD PC**

BY: _____
*Richard Garbarini*
*250 Park Ave*
*New York, NY 10177*
*(212) 300-5358*
*info@garbarinilaw.com*

**MAVRONICOLAS LAW GROUP  PLLC**

BY: _____
*Greg Mavronicolas*
*1430 Broadway Suite 1508*
*New York, New York 10018*
*(646) 484-9569*
*gmavronicolas@mavrolaw.com*

**Granted. SO ORDERED.** Defendant shall respond to to the complaint by April 20, 2024.

Date:  April 1, 2024
New York, New York

_____
Mary Kay Vyskocil
United States District Judge

1