Richard M. Garbarini (RG 5496)
GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor
New York, New York 10177
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SIMON J. BURCHETT PHOTOGRAPHY, INC.,           Case No.: 24-cv-1246

                 Plaintiff,           **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) AS TO ALL DEFENDANTS**

      v.

AXSMARINE USA LLC,

                 Defendant.
-----------------------------------------------------------------x

Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i) plaintiff hereby serves notice that the above-captioned matter is dismissed with prejudice. Each party is responsible for its own attorneys' fees and costs.

Dated: May 4, 2024
      New York, New York

                                                    **GARBARINI FITZGERALD P.C.**

                                       By: _____
                                              Richard M. Garbarini